IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. H-10-475 |
| JOSE MATILDE QUINTANILLA, *et al.* | § | |

# O R D E R

Defendant Ballard filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 80). The government and codefendants are unopposed. The motion for continuance is GRANTED. The sentencing hearing is reset to **December 15, 2011, at 3:30 p.m**

SIGNED on November 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge